Alexis Haller CSBN 201210
LAW OFFICE OF ALEXIS HALLER
14241 NE Woodinville-Duvall Rd., #113
Woodinville, WA 98072
Work: (425) 487-0730
Facsimile:  (425) 354-3248
E-mail: ahaller@ahlawoffice.com

Attorney for Petitioner TROY SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROY SMITH,<br><br>    Petitioner,<br><br>v.<br><br>GARY SWARTHOUT, in his capacity as Warden of the California State Prison, Solano,<br><br>    Respondent. | Case No.: C 11-01791 SI (PR)<br><br>**[PROPOSED] ORDER GRANTING PETITIONER TROY SMITH'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. § 2254** |

  Pursuant to Petitioner Troy Smith's unopposed motion for leave to file a first amended petition for writ of habeas corpus, and GOOD CAUSE APPEARING THEREFORE, Petitioner is granted leave to file his first amended petition.  Petitioner shall file his amended petition within seven (7) days.

  IT IS SO ORDERED.

Dated: 3/12/12

_/s/ Susan Illston_____
The Honorable Susan Illston
United States District Judge