1   Alexis Haller CSBN 201210
    LAW OFFICE OF ALEXIS HALLER
2   14241 NE Woodinville-Duvall Rd., #113
    Woodinville, WA 98072
3   Work: (425) 487-0730
    Facsimile:  (425) 354-3248
4   E-mail: ahaller@ahlawoffice.com

5   Attorney for Petitioner TROY SMITH

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12   TROY SMITH,                          Case No.: C 11-01791 SI (PR)

13                    Petitioner,         [PROPOSED] ORDER GRANTING
                                          PETITIONER TROY SMITH'S
14   v.                                   UNOPPOSED MOTION FOR LEAVE
                                          TO FILE FIRST AMENDED PETITION
15   GARY SWARTHOUT, in his capacity as   FOR WRIT OF HABEAS CORPUS BY A
     Warden of the California State Prison, Solano,   PERSON IN STATE CUSTODY UNDER
16                                        28 U.S.C. § 2254

17                    Respondent.

18

19        Pursuant to Petitioner Troy Smith's unopposed motion for leave to file a first amended petition for

20   writ of habeas corpus, and GOOD CAUSE APPEARING THEREFORE, Petitioner is granted leave to file

21   his first amended petition.  Petitioner shall file his amended petition within seven (7) days.

22        IT IS SO ORDERED.

23   Dated:   3/12/12

24                                        _____
                                          The Honorable Susan Illston
25                                        United States District Judge

26

27

28