IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY SMITH,

    Petitioner,

  v.

GARY SWARTHOUT,

    Respondent.

No. C 11-01791 SI

**ORDER ADMINISTRATIVELY CLOSING CASE**

Having GRANTED petitioner's unopposed motion to stay on March 14, 2012 (Docket #16), to allow Smith to exhaust claims in state court, the Clerk shall ADMINISTRATIVELY CLOSE the action. Nothing further will take place in this action until Smith exhausts any unexhausted claims and, within thirty days of doing so, moves to reopen this action, lift the court's stay and, if necessary, amend his first amended petition.

**IT IS SO ORDERED.**

Dated: February 15, 2013

SUSAN ILLSTON
United States District Judge