IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY SMITH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KEVIN CHAPPELL, in his capacity as Warden of the San Quentin State Prison,<br><br>　　　　Respondent. | No. C 11-01791 SI<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |

Petitioner requested appointment of counsel on December 12, 2013. Docket No. 34. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action. The request for appointment of counsel is DENIED.

**IT IS SO ORDERED.**

Dated: February 6, 2014

　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE