1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    TROY SMITH,                                Case No.  11-cv-01791-SI

              Petitioner,
8
                                                **JUDGMENT**
9         v.

10   KEVIN CHAPPELL, Warden,

              Respondent.
11

12

13        Troy Smith's petition for writ of habeas corpus has been denied.   Judgment is entered

14   accordingly.

15

16        **IT IS SO ORDERED AND ADJUDGED**.

17

18   Dated:  July 17, 2015

19                                                _____

20                                                SUSAN ILLSTON
                                                  United States District Judge
21

22

23

24

25

26

27

28