UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY SMITH,

    Petitioner,

v.

KEVIN CHAPPELL,

    Respondent.

Case No. 11-cv-01791-SI

**ORDER GRANTING REQUEST FOR CERTIFICATE OF APPEALABILITY**

Re: Dkt. No. 45

Petitioner has filed a request for a certificate of appealability. Dkt Nos. 45, 46. Petitioner seeks to appeal: (1) the denial of his petition for writ of habeas corpus, specifically that portion brought under *Brady v. Maryland*, 373 U.S. 83 (1963); and (2) the denial of his motion for discovery on his *Brady* claim. *See* Dkt. Nos. 37, 43. Because a reasonable jurist could "find the district court's assessment of the constitutional claims debatable or wrong," petitioner's request is GRANTED. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A certificate of appealability shall issue on the denial of the *Brady* claim and the denial of the motion for discovery as to the *Brady* claim. *See* Dkt. No. 45 at 2.

**IT IS SO ORDERED**.

Dated: September 22, 2015

_____

SUSAN ILLSTON
United States District Judge